Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile: (702) 938-8648
E-mail: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for Defendant*
*USAA Casualty Insurance Company,*
*misnamed as USAA Insurance Agency, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| CECELIA ROSEN, individually, | Case No.: 2:24-cv-01478 |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| USAA INSURANCE AGENCY, INC., a Foreign Corporation doing Business in Nevada; DOES I through X and ROE CORPORATIONS XI through XX, | |
| Defendants. | |

Defendant, USAA Casualty Insurance Company misnamed as USAA Insurance Company ("Defendant") by and through their counsel Spencer Fane LLP and Plaintiff, Cecelia Rosen ("Plaintiff") by and through their counsel, Burk Injury Lawyers PC, hereby stipulate and agree to dismiss Plaintiffs' Complaint with prejudice. Each party will bear its own fees and costs.

Dated this 30th day of December, 2024.

BURK INJURY LAWYERS PC

/s/ Jeffrey L. Galliher
Christopher Dale Burk
The Patriot Law Firm Corp.
2350 West Charleston Blvd., Ste. 202
Las Vegas, NV 89102
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Jeffrey L Galliher
Burk Injury Lawyers
2350 W. Charleston Blvd., Suite 202
Las Vegas, NV 89102
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Christopher Dale Burk
Burk Injury Lawyers PC
Burk Injury Lawyers PC
2350 West Charleston Blvd
Suite 202
89102
Las Vegas, NV 89102
ATTORNEY TO BE NOTICED
*Attorneys for Plaintiff*

Dated this 30th day of December, 2024.

SPENCER FANE LLP

/s/ Mary E. Bacon
MARY E. BACON, ESQ.
Nevada Bar No. 12686
JESSICA E. CHONG, ESQ.
Nevada Bar No. 13845
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*USAA Casualty Insurance Company,*
*misnamed as USAA Insurance Agency,*
*Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated this ___3___ day of January, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2